UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ERICKA RICHARDSON; and DEIRDRE LOCKETT-LYKE,

                Plaintiffs,

v.

VONTRONIX LLC; RON POLLI, individually and as an Officer, Director, and/or Principal of VONTRONIX LLC; and RANDY SCHLEUSS, individually and as an Officer, Director, and/or Principal of VONTRONIX LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No.: 3:19-CV-19339 (MAS)(LHG)

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR COURT APPROVAL OF PROPOSED FLSA SETTLEMENT AGREEMENT

The Court having conducted a hearing on the record on the  for approval of the settlement [Docket Entry No. 7] on May 8, 2020; and having reviewed the submissions of the parties, and having heard the presentation of counsel; the parties having consented to the jurisdiction of the undersigned for the disposition of this matter [Docket Entry No. 9]; and the Court having found that the proposed settlement is fair and reasonable to the Plaintiffs, that it resolves a bona fide dispute over provisions of the FLSA, and that the settlement does not frustrate the implementation of the FLSA in the workplace; for the reasons stated on the record;  and for good cause shown;

**IT IS on this 8th day of May, 2020**

ORDERED that Plaintiffs' Unopposed Motion for Court Approval of Proposed Fair Labor Standards Act Settlement Agreement [Docket Entry No. 7] is hereby GRANTED; and it is further

ORDERED that Plaintiffs' claims are DISMISSED WITH PREJUDICE; and it is further

ORDERED that that the Clerk's Office is instructed to close this case.

Dated this 8th day of May, 2020

                                            BY THE COURT

                                            _____

                                            LOIS H. GOODMAN
                                            UNITED STATES MAGISTRATE JUDGE